Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−14808−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daisy Ortiz
   aka Daisy Jordan
   7 Oak Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4042

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2021.

Dated: February 9, 2021
JAN: mcp

                                                     Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14808-VFP |
| Daisy Ortiz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 09, 2021 | Form ID: plncf13 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Ortiz, 7 Oak Street, Belleville, NJ 07109-2659 |
| 518072835 | + | AmeriHome Mortgage, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518251670 | + | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518190150 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518072838 | + | Celentano, Stadtmauer & Walentowics, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 518072840 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518072839 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518072853 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518072854 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518072841 | + | Hackensack University Medical Center, 60 2nd St -4th Floor, Hackensack, NJ 07601-2000 |
| 518072844 | + | Mehling Orthopedics, LLC, 214 State Street - Suite 101, Hackensack, NJ 07601-5521 |
| 518200149 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518072856 | + | Wf/home Pr, Po Box 14517, Des Moines, IA 50306-3517 |
| 518072855 | + | Wf/home Pr, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2021 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2021 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518238342 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 20:59:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518072832 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 20:59:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518151140 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 20:59:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518072833 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2021 20:59:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518072837 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 22:39:54 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518072836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518136984 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

Case 19-14808-VFP    Doc 48    Filed 02/11/21    Entered 02/12/21 00:16:53    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: plncf13 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Feb 09 2021 22:39:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518072839 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 22:38:16 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518072840 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 22:39:57 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518072854 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 22:39:08 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518246825 | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2021 20:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518072843 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2021 20:59:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518072842 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2021 20:59:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518579306 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2021 22:39:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579305 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2021 22:39:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518072845 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2021 20:59:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518072846 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2021 20:59:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518184376 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2021 20:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518072848 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518247139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, C/O Comenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 518247115 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o Ann Taylor/Loft, POB 41067, Norfolk VA 23541 |
| 518247028 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518249728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518247035 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518249753 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518246943 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518072847 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518159702 | + Email/Text: bncmail@w-legal.com | Feb 09 2021 21:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539776 | + Email/PDF: gecsedi@recoverycorp.com | Feb 09 2021 22:38:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518073095 | + Email/PDF: gecsedi@recoverycorp.com | | |

|           |   |                                    | Feb 09 2021 22:38:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518072849 | + | Email/PDF: gecsedi@recoverycorp.com |                      |                                                                                               |
|           |   |                                    | Feb 09 2021 22:38:57 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001           |
| 518072850 | + | Email/PDF: gecsedi@recoverycorp.com |                      |                                                                                               |
|           |   |                                    | Feb 09 2021 22:38:05 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007                             |
| 518072851 | + | Email/PDF: gecsedi@recoverycorp.com |                      |                                                                                               |
|           |   |                                    | Feb 09 2021 22:38:06 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060             |
| 518072852 | + | Email/PDF: gecsedi@recoverycorp.com |                      |                                                                                               |
|           |   |                                    | Feb 09 2021 22:38:05 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005                               |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| cr        | *+            | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518072834 | ##+           | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2021                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Bruce H Levitt | on behalf of Debtor Daisy Ortiz blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor AmeriHome Mortgage Company LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5