Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14808−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daisy Ortiz
   aka Daisy Jordan
   7 Oak Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4042

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      5/6/21
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
for Bruce H Levitt, Debtor's Attorney

COMMISSION OR FEES
$1,575.00

EXPENSES
$.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑     will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐     will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 29, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 19-14808-VFP    Doc 51    Filed 03/31/21    Entered 04/01/21 00:21:16    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
Daisy Ortiz  
    Debtor

Case No. 19-14808-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 29, 2021      Form ID: 137      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Ortiz, 7 Oak Street, Belleville, NJ 07109-2659 |
| 518072835 | + | AmeriHome Mortgage, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518251670 | + | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518190150 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518072838 | + | Celentano, Stadtmauer & Walentowics, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 518072841 | + | Hackensack University Medical Center, 60 2nd St -4th Floor, Hackensack, NJ 07601-2000 |
| 518072844 | + | Mehling Orthopedics, LLC, 214 State Street - Suite 101, Hackensack, NJ 07601-5521 |
| 518200149 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518072856 | + | Wf/home Pr, Po Box 14517, Des Moines, IA 50306-3517 |
| 518072855 | + | Wf/home Pr, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2021 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2021 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518238342 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2021 22:03:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518072832 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2021 22:03:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518151140 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2021 22:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518072833 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2021 22:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518072837 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 29 2021 21:33:57 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518072836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 29 2021 21:29:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518136984 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 30 2021 00:02:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518072839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:21:16 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518072840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:17 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 19-14808-VFP    Doc 51    Filed 03/31/21    Entered 04/01/21 00:21:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: 137 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 518072853 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:17 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518072854 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:29:58 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518246825 | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2021 22:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518072843 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2021 22:03:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518072842 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2021 22:03:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518579306 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2021 21:21:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579305 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2021 21:21:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518072845 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518072846 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518184376 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518072848 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:29:49 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518247139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:34:20 | Portfolio Recovery Associates, LLC, C/O Comenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 518247115 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:21:17 | Portfolio Recovery Associates, LLC, c/o Ann Taylor/Loft, POB 41067, Norfolk VA 23541 |
| 518247028 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:34:20 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518249728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:34:19 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518247035 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:21:17 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518249753 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:29:49 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518246943 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:34:20 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518072847 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2021 21:21:17 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518159702 | + Email/Text: bncmail@w-legal.com | Mar 29 2021 22:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539776 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518073095 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518072849 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:20:30 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

| | | | | |
|---|---|---|---|---|
| 518072850 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:24 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518072851 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:20:30 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518072852 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:24 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518072834 | ##+ | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Daisy Ortiz blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor AmeriHome Mortgage Company LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5