UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Daisy Ortiz,

Debtor.

Case No.: 19-14808

Chapter: 13

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 30, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of Bruce H. Levitt as counsel for Debtor, for a reduction of time for a hearing on Motion to Sell Property Free and Clear of Liens under Section 363(f) Property for sale: 7 Oak Street, Belleville, NJ) under Fed. R. Bankr. P. 9006(c)(1), it is ORDERED as follows:

1. A hearing will be conducted on the matter on <u>July 15, 2021 at 10am in the United States Bankruptcy Court, via telephone Conference call. Instructions on appearing by phone can be found on page three (3) of this order.</u>

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
<u>prospective buyers or their counsel; all secured creditor(s) or their counsel</u>

by [X] each, ☐ any of the following methods selected by the Court:

                                               (if available)
☐ fax,    [X] overnight mail,    ☐ regular mail,    [X] email,    ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
<u>The Chapter 13 Trustee's Office; all other creditors or their counsel; any other party having filed a Notice of Appearance in the case.</u>

by ☐ each, [X] any of the following methods selected by the Court:

☐ fax,    ☐ overnight mail,    [X] regular mail,    [X] email,    ☐ hand delivery

4. Service must be made:

    ☐ on the same day as the date of this order, or

    [X] within <u>  1  </u> day(s) of the date of this Order.

5. Notice by telephone:

    [X] is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    [X] must be filed with the Court and served on all parties in interest by electronic or overnight mail
By: July 13, 2021

    [ ] be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    [X] Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    [ ] Other:

*rev.3/23/20*