| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Case No.: 19-14808 |
| IN RE:<br><br>DAISY ORTIZ | Adv. No.:<br><br>Hearing Date:  02/17/2022<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/10/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
DAISY ORTIZ
7 OAK STREET
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040
Mode of Service:  ECF and/or Regular Mail

Dated:  January 10, 2022

By:  /S/  Jackie Michaels
Jackie Michaels