Form ovolcnv − ovolcnvv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14808−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daisy Ortiz
   aka Daisy Jordan
   7 Oak Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4042

Employer's Tax I.D. No.:

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

Dated: February 16, 2022
JAN: jf

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14808-VFP |
| Daisy Ortiz | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: ovolcnv | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Daisy Ortiz, 7 Oak Street, Belleville, NJ 07109-2659 |
| aty | + | Casey M Egger, 446 Morris Avenue, 1st Floor, Springfield, NJ 07081-1194 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Daisy Ortiz blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 16, 2022 Form ID: ovolcnv Total Noticed: 3

| | |
|---|---|
| | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5